# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ELLIOT WINTER, and, ALEXANDRIA HURLBURT, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and, TIKTOK INC., TIKTOK PTE. LTD., BYTEDANCE LTD., and BYTEDANCE INC., and, MONICA DOLAN, <br><br> Defendants. | Case No. <br><br> St. Louis City, Missouri Case No. 2122-CC08817 <br><br> Jury Trial Demanded |

## **DECLARATION OF JENNY PRICER IN SUPPORT OF NOTICE OF REMOVAL**

I, Jenny Pricer, declare as follows:

1. My name is Jenny Pricer. I am a Case Manager on the eDiscovery & Information Governance team at Facebook, Inc. ("Facebook"). I have personal knowledge of and am competent to testify as to all matters stated in this Declaration.

2. Facebook was served with the Complaint and Summons in the above-captioned action on July 21, 2021.

3. Facebook is, and at all relevant times was, a Delaware corporation with its principal office in California.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Jenny Pricer*
Dated: August 19, 2021

1735264