# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ELLIOT WINTER,<br>and,<br>ALEXANDRIA HURLBURT,<br><br>                Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br>and,<br>TIKTOK INC., TIKTOK PTE. LTD.,<br>BYTEDANCE LTD., and BYTEDANCE INC.,<br>and,<br>MONICA DOLAN,<br><br>                Defendants. | Case No.<br><br>St. Louis City, Missouri<br>Case No. 2122-CC08817<br><br>Jury Trial Demanded |

## DECLARATION OF EVAN REID IN SUPPORT OF NOTICE OF REMOVAL

I, Evan Reid, declare as follows:

1. I am duly licensed to practice law in the State of Missouri and am an attorney with the law firm of Lewis Rice LLC, counsel of record for Defendant Facebook, Inc. ("Facebook") in the above-captioned proceeding. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On August 20, 2021, the date of the filing of Facebook's Notice of Removal, I checked the Circuit Court of St. Louis City, Missouri docket for this action. Based on the state court docket, my understanding is that no Summons has been issued for TikTok Pte. Ltd., Bytedance Ltd., and Bytdance Inc., three of the entities named in the above-captioned proceeding.

3. On August 20, 2021, the date of the filing of Facebook's Notice of Removal, I spoke to Ms. Kathleen Sacks, counsel for TikTok Inc., TikTok Pte. Ltd., Bytedance Ltd., and

Bytdance Inc., named in the above-captioned proceeding. Ms. Sacks indicated that her understanding was that only TikTok Inc. has been served with the Complaint and Summons. I notified her that Facebook would seek to remove civil action, Case No. 2122-CC08817, from the Circuit Court of St. Louis City, Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division. I asked if TikTok Inc. would join in and consent to the removal of this action. Ms. Sacks confirmed that TikTok Inc. would join in and consents to the removal of this action.

4. On August 20, 2021, the date of the filing of Facebook's Notice of Removal, I checked the Circuit Court of St. Louis City, Missouri docket for this action. Based on the state court docket, my understanding is that Monica Dolan, named in the above-captioned proceeding, has not been served with the Complaint or Summons.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/* Evan Z. Reid, #51123MO
Dated: August 20, 2021