UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLIOT WINTER, et al., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>FACEBOOK, INC., et al., )<br>)<br>Defendant(s). )<br>) | No. 4:21-CV-01046-NCC |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Noelle C. Collins to District Judge John A. Ross.

August 27, 2021
Date

_Gregory J. Linhares_           /
Clerk of Court

By:  /s/ Carol Long           /
CAROL LONG
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:21-CV-01046-JAR**