UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLIOT WINTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:21-CV-01046 JAR |
| FACEBOOK, INC., et al., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon its review of the record. On August 27, 2021, Defendant Facebook, Inc. filed a Motion to Dismiss. (Doc. No. 12) To date, Plaintiffs have not responded to the motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs are granted until **Tuesday, November 9, 2021**, to respond to Facebook, Inc.'s Motion to Dismiss. Failure to do so will result in the Court ruling on Facebook Inc.'s unopposed motion.

Dated this 2nd day of November, 2021.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to E.D. Mo. L.R. 4.01(B), a party opposing a motion must file a memorandum in opposition within fourteen (14) days after being served with the motion.