| | |
|---|---|
| **From:** | MOED_SRL_Filings |
| **To:** | MOED_JAR_SRC_PLC_Orders |
| **Subject:** | FW: Elliot Winter v Facebook, TikTok, Monica Dolan 4:21-cv-01046-JAR |
| **Date:** | Monday, December 20, 2021 3:15:43 PM |

-----Original Message-----
From: Monica Dolan <monica.dolan@yahoo.com>
Sent: Monday, December 20, 2021 3:14 PM
To: MOED_SRL_Filings <MOED_SRL_Filings@moed.uscourts.gov>
Subject: Elliot Winter v Facebook, TikTok, Monica Dolan

CAUTION - EXTERNAL:


United State District Court of the Eastern District of Missouri

Answer of complaint from Monica Dolan:


This is the second time Elliot Winter & Alexandria Hurlburt have threatened me with legal action for acting as the sexual assault advocate for their victims & the victims of Elliot Winter prior to his relationship with Ms. Hurlburt. The first time was a petition for a restraining order that was dismissed in April or May 2021 in the Illinois circuit court, while they were still living in St Louis, Missouri. They had no evidence to back their outlandish claims & were not living in Illinois with Mr Winter's parents as he had claimed to have even filed in that state. Mr. Winter was also not living with his minor child as claimed & no threats have ever been made on my part, let alone against a child Mr Winter has no contact with.

For the last year there has been an open investigation with the St Louis Sex Crimes department led by Detective Emily Davis & supervised by Lt. BlaskiewiczIII, whom I've met with & been in very close contact with. ACA Crowley is the prosecuting attorney that reviewed the case & currently Eric Schmitt the Missouri Attorney General is looking into the investigation. This case is also under Federal investigation, as the sex trafficking also happened online & with victim movement across multiple states.

Mr. Winter & Ms. Hurlburt's threat of legal action against me, is nothing more than an attempt to try to silence and scare the victims, who have been speaking out against them, in order to keep the community safe & having their stories heard while enduring a long ongoing criminal investigation. I have been supporting & am in contact with around four dozen victims of Mr Winter, have heard from them first hand of the extreme sexual abuse & sex trafficking, and have watched myself hundreds of hours of sexual abuse videos sold online that Mr Winter & Ms Hurlburt have made & profited from.

The criminal investigation is ongoing, and victims are continuing to come forward, which is why Mr Winter & Ms Hurlburt are trying to silence myself & their victims. I can put the court in contact with victims involved in the investigation, my lawyer who handled the dismissed petition of restraining order and can provide transcripts of that case, along with any other information necessary.

Since the court dismissed the case against Facebook & TikTok, I ask that the court to also dismiss this case against myself, Monica Dolan. However if that is not the case, I am more than willing once against to go to court with Mr

Winter & Ms Hurlburt, with legal counsel, to then have St Louis Sex Crimes, again add the transcript of that court hearing toward the ongoing criminal investigation against both Mr Winter & Ms Hurlburt. What then can be requested by the court is a July 6th of 2021, recorded phone call from Mr Winter to my landlord, claiming to be a lawyer from the Howard Haake law firm, stating that I had threatened the physical safety of Mr Winter's son & that legal action was headed my way. My landlord contacted me immediately & knew it was not a lawyer she had spoke with, as this is not how these proceedings are handled. Pretending to be a lawyer is a very serious crime, and I'm willing to handle this issue as well.

I am available by phone or email to discuss any details further, and can retain legal counsel in Missouri if necessary.

Sincerely,

Monica Lynn Dolan
206 962 1486


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.