# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ELLIOT WINTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:21-CV-01046 JAR |
| | ) |
| FACEBOOK, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

This matter is before the Court upon review of its file. On July 9, 2021, Plaintiffs filed this action against Defendants Facebook, Inc. ("Facebook") ; TikTok Inc., TikTok PTE Ltd., Bytedance Ltd., and Bytedance Inc. ("TikTok"); and Monica Dolan ("Dolan"). Plaintiffs' complaint only named TikTok Inc. as a defendant (see Doc. No. 3 at ¶ 3) and made no allegations against TikTok PTE Ltd., Bytedance Ltd., and Bytedance Inc., none of whom have been served. On November 22, 2021, the Court granted motions to dismiss filed by Defendants Facebook, Inc. and TikTok Inc. and dismissed Plaintiffs' claim against them with prejudice. (Doc. Nos. 26, 27).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall show cause in writing, **within fourteen (14) days of the date of this Order**, why this action should not be dismissed with prejudice as to Defendants TikTok PTE Ltd., Bytedance Ltd., and Bytedance Inc.

Dated this 21st day of December, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE