UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLIOT WINTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:21-CV-01046 JAR |
| FACEBOOK, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

On December 21, 2021, this Court ordered Plaintiffs to show cause in writing by January 4, 2022 why this action should not be dismissed with prejudice as to Defendants TikTok PTE Ltd., Bytedance Ltd., and Bytedance Inc. (Doc. No. 29). Plaintiffs' complaint makes no allegations against TikTok PTE Ltd., Bytedance Ltd., and Bytedance Inc., and none of these entities have been served. No response having been filed,

**IT IS HEREBY ORDERED** that Defendants TikTok PTE Ltd., Bytedance Ltd., and Bytedance Inc. are **DISMISSED** with prejudice.

Dated this 6th day of January, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**